238 P.3d 698

# SUPREME COURT OF HAWAI'I

Unite Here! Local 5 v. City and
  County of Honolulu ............ 28602      07/20/2010  Denied      123 Hawai'i 150,
                                                                     231 P.3d 423